B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**All Out Energy Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **46-2461956** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**322 Main Ste 10**<br>**Williston, ND**<br><br>ZIP CODE **58801** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Williams** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**634 E. Broadway #1134**<br>**Williston, ND**<br><br>ZIP CODE **58801** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- ☒ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (04/13) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **All Out Energy Services, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.6.1, ID 3192326360)*

B1 (Official Form 1) (04/13) | Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **All Out Energy Services, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X **/s/ Alice Bower**

**Alice Bower**                Bar No. **15148500**

**The Law Office of Alice Bower**
**6421 Camp Bowie Suite 300**
**Fort Worth, TX 76116**

Phone No. **(817) 737-5436**    Fax No. **(817) 737-2970**

6/12/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**All Out Energy Services, LLC**

X **/s/ Steven Britton**
Signature of Authorized Individual

**Steven Britton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**6/12/2015**
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re    **All Out Energy Services, LLC**                    Case No.

                                        Chapter    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total Assets                                    _____

   b. Total debts (including debts listed in 2.c., below)     _____

   c. Debt securities held by more than 500 holders:                    Approximate
                                                                         number of
                                                                         holders:

   secured ☐        unsecured ☐      subordinated ☐    _____  _____
   secured ☐        unsecured ☐      subordinated ☐    _____  _____
   secured ☐        unsecured ☐      subordinated ☐    _____  _____
   secured ☐        unsecured ☐      subordinated ☐    _____  _____
   secured ☐        unsecured ☐      subordinated ☐    _____  _____

   d. Number of shares of preferred stock              _____  _____

   e. Number of shares of common stock                 _____  _____
      Comments, if any:

3.  Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B6A (Official Form 6A) (12/07)

In re  **All Out Energy Services, LLC**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **All Out Energy Services, LLC**     Case No. _____

                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First International Bank and Trust Business Checking - Balance as of June 11, 2015. | $88,398.25 |
| | | First International Bank and Trust Business Savings - Balance in acount as of June 11, 2015 | $13.25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Jeff Petry - Holds Security Deposit | $2,500.00 |
| | | Byard Holdings - Holds Security Deposit | $3,500.00 |
| | | Basin Safety - Holds Security Deposit | $2,000.00 |
| | | Reinassance Station - Holds Security Deposit | $1,075.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 8 Televisions | $3,000.00 |
| | | 2 Entertainment Centers | $500.00 |
| | | 2 CD Players | $200.00 |
| | | 2 Sets of Recliners/ Couches/Loveseats | $5,000.00 |
| | | 2 Coffee Tables | $250.00 |
| | | 4 End Tables | $400.00 |
| | | Computer Equipment | $7,500.00 |
| | | Microwave | $100.00 |
| | | Refrigerator | $100.00 |
| | | Freezer | $150.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                                  Case No. _____
                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2 Nightstands | $200.00 |
| | | 6 Beds | $1,000.00 |
| | | Small Appliances | $250.00 |
| | | Kitchen Utensils | $100.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books - safety manuals | $500.00 |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable - Lien against Accounts Receivable is held by (1) Riviera Finance, (2) MCA, (3) Everest Business Funding [EBF], (4) Quickfix Capital (5) TVT Capital, LLC (6) World Global Financing, Inc. | | $31,433.95 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **All Out Energy Services, LLC**                                    Case No. _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Explorer VIN Ending 26227 | | $2,000.00 |
| | | 2008 GMC Denali  VIN Ending 94256 | | $25,000.00 |
| | | 2013 Ford F250 Lariat VINEnding 12576 | | $35,000.00 |
| | | 2013 Ford F250 Lariat Vin Ending 19287 | | $35,000.00 |
| | | 2013 Ford F250 XLT Vin Ending 59879 | | $30,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                    Case No. _____

                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2013 Ford F250 XLT Vin Ending 45259 | $30,000.00 |
| | | 2014 Ford F250 XLT  Vin Ending 23607 | $35,000.00 |
| | | 2014 Ford F250XLT Vin Ending 23608 | $35,000.00 |
| | | Tiger Trailer 20' Flatbed Trailer | $12,000.00 |
| | | 2013 Monorail Trailer Vin ending C6577 | $12,000.00 |
| | | 2012 Maxey 20' Flat bed trailer | $12,000.00 |
| | | 2006 Jag 29JB Travel Trailer Vin Ending 28748 | $10,000.00 |
| | | 2015 F250 XLT Vin Ending 87767 | $45,000.00 |
| | | 2015 Ford F250 XLT Vin Ending 18115 | $45,000.00 |
| | | 2015 GMC Sierra - Vin Ending 575654 | $55,000.00 |
| | | 2015 Ford F250 XLT Vin Ending 51267 | $45,000.00 |
| | | 2015 Ford F250 XLT Vin Ending 05490 | $45,000.00 |
| | | Homemade Trailer Vin Ending S509 | $15,000.00 |
| | | Homemade Trailer Vin Ending s508 | $15,000.00 |
| | | 2001 Norbert Vin Ending 17323 | $10,000.00 |
| | | 2007 Keystone Vin Ending 50313 | $5,000.00 |
| | | 2000 Talbert Vin Ending 19160 | $10,000.00 |
| | | 2013 Monorail Vin Ending C7234 | $12,000.00 |
| | | 1994 cargo trailer VIN#****** 578855 | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                          Case No. _____

                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---:|
| | | 2014 Road Clipper Enterprises  Vin Ending 55162 | | $8,659.03 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 Desks | | $4,000.00 |
| | | 5 Filing Cabinets | | $500.00 |
| | | 8 Office Chairs | | $2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Hand Tools | | $100.00 |
| | | Uniforms and coveralls | | $5,000.00 |
| | | Hardhats, overalls, jackets | | $1,000.00 |
| | | 20 Figure 1502 Elbows | | $3,840.00 |
| | | 4 Figure 1502 1' | | $588.00 |
| | | 4 Figure 1502 2' | | $588.00 |
| | | 4 Figure 1502 3' | | $620.00 |
| | | 4 Figure 1502 4' | | $656.00 |
| | | Figure 1502 8' | | $215.00 |
| | | 10 Figure 1502 10' | | $2,430.00 |
| | | 6 Figure 1502 Plug Valves | | $3,300.00 |
| | | 4 Figure 1502 Tees | | $1,400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                                       Case No. _____
                                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 6 Misc. Figure 1502 Piece | $1,200.00 |
| | | 2 Inch Figure 1502 Manifold and skid | $9,800.00 |
| | | 3"x2" 7 Valve Dual Trash Catcher w/t Skid | $25,000.00 |
| | | 3"x2" Single Sided Trash Catcher | $25,000.00 |
| | | 30 Figure 1502 Elbows | $5,760.00 |
| | | 8 Figure 1502 1' | $1,176.00 |
| | | 4 Figure 1502 2' | $588.00 |
| | | 2 Figure 1502 3' | $310.00 |
| | | 2 Figure 1502 4' | $328.00 |
| | | 6 Figure 1502 6' | $1,200.00 |
| | | 2 Figure 1502 8' | $430.00 |
| | | 30 Figure 1502 10' | $7,290.00 |
| | | 8 Figure 1502 Plug Valves | $4,400.00 |
| | | 4 Figure 1502 Tees | $1,400.00 |
| | | 2 Misc. Figure 1502 Pieces | $400.00 |
| | | 2 - 2 Inch Figure 1502 Manifold and skid | $19,600.00 |
| | | PT-01 Production Tank | $75,000.00 |
| | | PT-02 Production Tank | $75,000.00 |
| | | PS-01 pipe Skid | $20,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **All Out Energy Services, LLC**                    Case No. _____
                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | PS-02 Pipe Skid | | $20,000.00 |
| | | 59 Figure 1502 Elbows | | $11,328.00 |
| | | 6 Figure 1502 1' | | $882.00 |
| | | 10 Figure 1502 2' | | $1,470.00 |
| | | 8 Figure 1502 3' | | $1,240.00 |
| | | 6 Figure 1502 4' | | $984.00 |
| | | 12 Figure 1502 5' | | $2,100.00 |
| | | 7 Figure 1502 5' | | $2,100.00 |
| | | 7 Figure 1502 6' | | $1,400.00 |
| | | 4 Figure 1502 8' | | $860.00 |
| | | 31 Figure 1502 10' | | $7,533.00 |
| | | 5 Figure 1502 20' | | $1,675.00 |
| | | 40 Figure 1502 Plug Valves | | $22,000.00 |
| | | 30 Figure 1502 Tees | | $10,500.00 |
| | | 74 Misc. Figure 1502 Pieces | | $14,800.00 |
| | | 2 - 2 In Figure 1502 Manifold and skids | | $19,600.00 |
| | | Misc. Small Tools | | $10,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **All Out Energy Services, LLC**                                    Case No.  _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|---:|
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Lease of Pipe Skid | $20,000.00 |
| | | 3% of profit | $0.00 |

_____8_____ continuation sheets attached      **Total >**      **$1,180,920.48**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **All Out Energy Services, LLC**

Case No. _____
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*  $0.00  $0.00

B6D (Official Form 6D) (12/07)

In re **All Out Energy Services, LLC**                                    Case No. _____
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Ally Financial**<br>**PO Box 38091**<br>**Minneapolis, MN 55438** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**2015 F250 Lariat Vin Ending 87767**<br>REMARKS:<br><br>VALUE: **$45,000.00** | | | | $67,440.01 | $22,440.01 |
| ACCT #: **xxxxxxxx0991**<br><br>**Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**2015 Ford F250 XLT Vin Ending 18115**<br>REMARKS:<br><br>VALUE: **$45,000.00** | | | | $52,500.05 | $7,500.05 |
| ACCT #: **xxx xxx xxxxxx xxxxxxxs llc**<br><br>**Byards Holding**<br>**5382 Swanson Rd.**<br>**Roscoe, IL 61073** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**#2919**<br>REMARKS:<br>**apartment leases for employees**<br><br>VALUE: **$0.00** | | | | $0.00 | |
| ACCT #: **xxxx1944**<br><br>**EBF Partners**<br>**dba Everest Business Funding**<br>**2001 NW 107th Ave 3rd Floor**<br>**Miami, FL 33172** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Loan secured by future receivables**<br>COLLATERAL:<br>**Future receivables**<br>REMARKS:<br><br>VALUE: **$31,433.95** | | | | $78,960.00 | $78,960.00 |
| | | Subtotal (Total of this Page) > | | | | $198,900.06 | $108,900.06 |
| | | Total (Use only on last page) > | | | | | |

_____4_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **All Out Energy Services, LLC**                    Case No. _____

                                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx4345** <br><br>**First International Bank and Trust 19 4th St. E. Williston, ND 58801** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**Certificate of Title** <br>COLLATERAL: <br>**Various Vehicles** <br>REMARKS: <br><br><br>VALUE: **$239,000.00** | | | | **$237,744.19** | |
| ACCT #: **xx6775** <br><br>**First International Bank and Trust 19 4th St. E. Williston, ND 58801** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**Certificate of Title** <br>COLLATERAL: <br>**Various Trailers and equipment** <br>REMARKS: <br><br><br>VALUE: **$76,882.00** | | | | **$12,742.88** | |
| ACCT #: **xxxx5948** <br><br>**Ford Motor Credit PO Box 650575 Dallas, TX 75265** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**Certificate of Title** <br>COLLATERAL: <br>**2015 Ford F250 XLT Vin Ending 51267** <br>REMARKS: <br><br><br>VALUE: **$45,000.00** | | | | **$51,123.13** | **$6,123.13** |
| ACCT #: **xxxx6175** <br><br>**Ford Motor Credit PO Box 650575 Dallas, TX 75265** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**Certificate of Title** <br>COLLATERAL: <br>**2015 Ford F250 XLT Vin Ending 05490** <br>REMARKS: <br><br><br>VALUE: **$45,000.00** | | | | **$52,190.13** | **$7,190.13** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >    **$353,800.33**    **$13,313.26**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **All Out Energy Services, LLC**                                          Case No. _____
                                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**High Pressure Oilfield Rental**<br>**712 35th St NW**<br>**Calgary, Alberta T2N2Z5** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Contract/Lease**<br>COLLATERAL:<br>**Lease of Pipe Skid**<br>REMARKS:<br>**Lease of Pipe Skid**<br><br>VALUE: **$20,000.00** | | | | **$20,000.00** | |
| ACCT #:<br><br>**J. Reyes Alanis, Jr.**<br>**1225 Blalock Avenue**<br>**Fort Worth, TX 76115** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Phantom Stock Agreement**<br>COLLATERAL:<br>**3% of profit**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | **$0.00** | |
| ACCT #: **xxxOENE**<br><br>**Kraus Anderson**<br>**523 SOuth 8th St.**<br>**Minneapolis, MN 55404** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**2013 Monorail Vin Ending C7234 and equipment**<br>REMARKS:<br><br>VALUE: **$86,637.00** | | | | **$56,072.73** | |
| ACCT #: **xxxxxx5029**<br><br>**MCA Fixed Payments LLC**<br>**dba Merchant Capital**<br>**525 Boardhollow Rd.**<br>**Melville, NY 11747** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Payday Loan**<br>COLLATERAL:<br>**Future receivables**<br>REMARKS:<br><br>VALUE: **$31,433.95** | | | | **$154,500.00** | **$154,500.00** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$230,572.73** | **$154,500.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **All Out Energy Services, LLC**          Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx xxx xxergy**<br><br>**ON Site Safety**<br>**413 8th Street**<br>**Williston, ND 58801** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**Office shacks**<br>REMARKS:<br>**Lease of office shacks**<br><br>VALUE: **$0.00** | | | | **$0.00** | |
| ACCT #: **xxx xxx xxergy**<br><br>**Quickfix Capital**<br>**884 Town Center Drive**<br>**Langhorne, PA 19047** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Payday Loan**<br>COLLATERAL:<br>**Future receivables**<br>REMARKS:<br><br>VALUE: **$31,433.95** | | | | **$47,125.00** | **$47,125.00** |
| ACCT #:<br><br>**Raven Production Testing Inc.**<br>**Box 98**<br>**Creelman, SK SOG OXO** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**Various Equipment**<br>REMARKS:<br><br>VALUE: **$245,000.00** | | | | **$162,000.00** | |
| ACCT #:<br><br>**Riviera Finance**<br>**17 W 415 Roosevelt Rd.**<br>**Villa Park, IL 60181** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Factoring Company Account**<br>COLLATERAL:<br>**Accounts Receivable**<br>REMARKS:<br>**Factoring Company. Company factors invoices from Oasis (debtor's primary contractor). Amount of claim reflects invoices owed to Riviera from Oasis. The unsecured amount reflects the** | | | | **$449,177.08** | **$417,743.13** |

Sheet no. ____**3**____ of ____**4**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >          **$658,302.08**      **$464,868.13**

Total (Use only on last page) >

| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **All Out Energy Services, LLC**                 Case No. _____
                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | **payments forwarded to debtor.** | | | | | |
| | | VALUE: **$31,433.95** | | | | | |
| ACCT #:<br><br>**Suntrust Bank**<br>**PO box 305053**<br>**Nashville, TN 37230** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Certificate of Title**<br>COLLATERAL:<br>**2015 GMC Sierra - Vin Ending 575654**<br>REMARKS:<br><br>VALUE: **$55,000.00** | | | | **$59,320.03** | **$4,320.03** |
| ACCT #: **xxx-xxx xxxxxx xxxxxxxs llc**<br><br>**TVT Capital LLC**<br>**dba Capital Stack**<br>**8 Hunters Ln.**<br>**Roslyn, NY 11576** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Payday Loan**<br>COLLATERAL:<br>**Accounts Receivable - Lien against Accounts Rec**<br>REMARKS:<br><br>VALUE: **$31,433.95** | | | | **$24,804.00** | **$24,804.00** |
| ACCT #: **xxxxx2469**<br><br>**World Global Financing**<br>**141 North East 3rd Ave**<br>**Miami, FL 33132** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business Debt**<br>COLLATERAL:<br>**fitire receovables**<br>REMARKS:<br><br>VALUE: **$31,433.95** | | | | **$31,014.00** | **$31,014.00** |

Sheet no. ___**4**___ of ___**4**___ continuation sheets attached          Subtotal (Total of this Page) >          **$115,138.03**          **$60,138.03**
to Schedule of Creditors Holding Secured Claims                        Total (Use only on last page) >         **$1,556,713.23**          **$801,719.48**

                                                                                                        (Report also on          (If applicable,
                                                                                                        Summary of               report also on
                                                                                                        Schedules.)              Statistical
                                                                                                                                 Summary of
                                                                                                                                 Certain Liabilities
                                                                                                                                 and Related
                                                                                                                                 Data.)

B6E (Official Form 6E) (04/13)

In re  **All Out Energy Services, LLC**                                Case No. _____
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **All Out Energy Services, LLC**                    Case No. _____
                                                                      (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx6700**<br><br>**Workforce Safety Insurance**<br>**1600 East Century Ave., Ste 1**<br>**Bismarck, ND 58506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Unemployment taxes** | | | | **$21,381.28** | **$0.00** | **$21,381.28** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$21,381.28** | **$0.00** | **$21,381.28** |
|---|---|---|---|---|
| | Total > <br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$21,381.28** | | |
| | Totals > <br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$0.00** | **$21,381.28** |

B6F (Official Form 6F) (12/07)

In re  **All Out Energy Services, LLC**                Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx xxxxxxx - xxx xxx xxxxxx xx**<br>**Access Background Screen**<br>**1205 Oak St.**<br>**Charleston, MO 63834** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**background checks on potential employees** | | | | $245.95 |
| ACCT #: **5250**<br>**Advanced Drug Testing**<br>**107 22nd St West**<br>**PO box 1452**<br>**Williston, ND 58802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**drug testing** | | | | $1,150.00 |
| ACCT #: **x-x2003**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $17,793.92 |
| ACCT #: **xxx-xxx-xxxxxx xxxxxxxx 5073**<br>**Badlands Service Group**<br>**PO Box 2780**<br>**Williston, ND 58802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**trucking to haul equipment** | | | | $5,589.96 |
| ACCT #: **xxx xxx xxxxxx xxxxices**<br>**Basin Safety**<br>**PO Box 4752**<br>**Williston, ND 58801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Safety Consulting**<br>REMARKS: | | | | $7,091.92 |
| ACCT #: **xxL OUT**<br>**Bell Supply**<br>**PO box 1597**<br>**Gainesville, TX 76241** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**equipment/supplies** | | | | $2,200.88 |

Subtotal >  $34,072.63

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____4_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **All Out Energy Services, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxx xxx xxxxxx xxxxxxxs, llc**<br>**Bold Production Services**<br>**10880 Alcott Rd.**<br>**Houston, TX 77043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Lease of 3 P Tanks - monthly $11,000 per Tank. Lease is current. Debtor has possession of only 2 tanks and does not**<br><br>**want to lease the third one.** | | | | **$0.00** |
| ACCT #: **xxx-xxx xxxxxx xxxxices**<br>**First Choice Energy Services**<br>**100146th Ave. NE**<br>**Minot, ND 58703** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**trucking company used to haul equipment** | | | | **$0.00** |
| ACCT #: **xxx xxx xxxxxx xxxxxxxs llc**<br>**FloBack**<br>**2322-5 Street Unit A**<br>**Nisku, Alberta T9E7W9** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**7 leases -** | | | | **$0.00** |
| ACCT #: **xx8995**<br>**GC Products**<br>**PO box 4211**<br>**Williston, ND 58801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**equipment/supplies/piping** | | | | **$457.92** |
| ACCT #: **xxx xxx xxxxxx xxxxxxxS LLC**<br>**High Pressure Oilfield Rentals**<br>**712 35th St NW**<br>**Calgary, Alberta T2N2Z5** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease of pipe skid**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____1____ of ____4____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$457.92**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **All Out Energy Services, LLC**　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx xxxxxx xxxxxxxx - xxxxx xx**<br>**Idesign**<br>**306 Hillcourt**<br>**Williston, ND 58801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**graphic design and printing** | | | | $145.80 |
| ACCT #:  **xxx xxx xxxxxx xxxxices**<br>**Jeff Petry dba Bice Rentals**<br>**5382 Swanson Rd.**<br>**Roscoe, IL 61073** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**apartments for employees** | | | | $0.00 |
| ACCT #:  **xxx-xxx xxxxxx xxxxxxxs LLC**<br>**Jobutrax**<br>**128 Country Ln Dr.**<br>**Calgary, Alberta TZJ2** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**online program for tracking jobs and hours per employee - contract - contract is priced by number of employees using program** | | | | $0.00 |
| ACCT #:  **xxxxxxxxx7504**<br>**Mangers Insurance**<br>**PO box 1386**<br>**Williston, ND 58802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS:<br>**General liability and vehicle insurance** | | | | $0.00 |
| ACCT #:  **xxx101-L**<br>**Minute Lube**<br>**324 26th St East**<br>**Williston, ND 58801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**oil changes** | | | | $684.85 |
| ACCT #:  **xxxx2000**<br>**Mountrail- Williams Electric Cooperatie**<br>**PO Box 1346**<br>**Williston, ND 58802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $31.95 |

Sheet no. ____**2**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >     $862.60

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **All Out Energy Services, LLC**     Case No. _____

                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **2022** <br> **MPI Warehouse** <br> **PO box 940** <br> **Casper, WY 82602** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **equipment/supplies** | | | | $8,762.04 |
| ACCT #: **2352** <br> **OK Tire Store** <br> **202 32nd Ave. W.** <br> **PO Box 2076** <br> **Williston, ND 58801** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **tires and repairs** | | | | $957.23 |
| ACCT #: **xxx xxx xxxxxx xxxxices** <br> **ONG TSI** <br> **PO box 1944** <br> **Ardmore, OK 73402** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **piping** | | | | $32,194.27 |
| ACCT #: **xx0261** <br> **Pacific Steel** <br> **4813 Front ST W** <br> **PO Box 1315** <br> **Williston, ND 58801** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **welding supplies and steel** | | | | $92.90 |
| ACCT #: **xxx0101** <br> **Piper Oilfield Products** <br> **PO box 94520** <br> **Oklahoma City, OK 73143** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **piping and related supplies** | | | | $1,123.20 |
| ACCT #: **xd973** <br> **Praxair** <br> **2912 2nd Ave W** <br> **Williston, ND 58801** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Debt** <br> REMARKS: <br> **welding supplies** | | | | $81.38 |

Sheet no. ____3____ of ____4____ continuation sheets attached to       **Subtotal >**     $43,211.02

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **All Out Energy Services, LLC**                    Case No. _____

                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx5910**<br>**Staples**<br>**Dept 51-7862565917**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**office supplies** | | | | $91.74 |
| ACCT #:<br>**Susan Chumchal**<br>**3423 Cr 239**<br>**Wharton, TX 77488** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____4____ of ____4____ continuation sheets attached to      **Subtotal >**      $91.74

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**      $78,695.91

                                              **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **All Out Energy Services, LLC**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Basin Safety**<br>4401 16th Ave. W., Ste A<br>Williston, ND 58801 | Shop Lease<br>Contract to be ASSUMED |
| **Bice Rentals**<br>PO box 20613<br>Boulder, CO 80308 | Apt 2915 #209 Lease<br>Contract to be REJECTED |
| **Bold Production Services**<br>10880 Alcott Dr.<br>Houston, TX 77043 | Equipment Lease<br>Contract to be ASSUMED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apartment 2919 #302 Lease - to be rejected, Apartment 2915 #209 - notice has been given to terminate lease<br>Contract to be REJECTED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2915 #102 Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **All Out Energy Services, LLC**                           Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2915 #310 Lease<br>Contract to be ASSUMED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2917 #210 Lease<br>Contract to be ASSUMED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2917 #201 Lease<br>Contract to be ASSUMED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2917 #209 Lease<br>Contract to be ASSUMED |
| **Byard Holdings LLC**<br>PO Box 20613<br>Boulder, CO 80308 | Apt 2919 #301 Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **All Out Energy Services, LLC**                             Case No. _____
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Douglas Laney**<br>4008 Gemstone Rd.<br>Austin, TX 78749 | Contract for Buyout of Douglas Laney Shares of All Out Energy Services, LLC<br>Contract to be REJECTED |
| **EBF Partners**<br>2001 NW 107th Ave., 3rd Floor<br>Miami, FL 33172 | Assignment of future receivables<br><br>Contract to be REJECTED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit No 1066-fla<br>Contract to be REJECTED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit #1107-fls<br>Contract to be REJECTED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit 1106-fls<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re **All Out Energy Services, LLC**                                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit 1059-fls<br>Contract to be ASSUMED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit 1062-FLS<br>Contract to be ASSUMED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit 1089-fls<br>Contract to be ASSUMED |
| **Flo-Back Rental International LTD**<br>Unit A 2322-5th ST<br>Nisku, AB T9E7W9 | Equipment Lease Unit 1061-fla<br>Contract to be ASSUMED |
| **High Pressure Oilfield Rental**<br>712 35th St NW<br>Calgary, Alberta T2N2Z5 | Lease of Pipe Skid<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **All Out Energy Services, LLC**                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **J. Reyes Alanis, Jr.**<br>1225 Blalock Avenue<br>Fort Worth, TX 76115 | 3% of profit - there are no profits<br>Contract to be REJECTED |
| **Jobutrax**<br>128 Country Ln Dr.<br>Calgary, Alberta TZJ2 | Software licensing. Software is used by employees in field for billing purposes.<br>Contract to be ASSUMED |
| **Managers Insurance**<br>PO Box 1386<br>Williston, ND 58802 | general liability and vehicle insurance<br>Contract to be ASSUMED |
| **MCA Fixed Payments LLC**<br>dba Merchant Capital<br>525 Boardhollow Rd.<br>Melville, NY 11747 | High interest payday loan secured by future receivables<br>Contract to be REJECTED |
| **Onsite Safety Inc**<br>413 8th Ave. E.<br>Williston, ND 58801 | 3 Office Shack Rentals<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **All Out Energy Services, LLC**                                    Case No. _____
                                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Quickfix Capital**<br>884 Town Center Drive<br>Langhorne, PA 19047 | Payday loan secured by future receivables.<br>Contract to be REJECTED |
| **Renaissance Station**<br>2001 West Churchill St<br>Chicago, IL 60647 | Office Lease<br>Contract to be ASSUMED |
| **Riviera Finance**<br>17 W 415 Roosevelt Rd.<br>Oakbrook Terrace, IL | Factoring of Invoices Contract<br>Contract to be ASSUMED |
| **Susan Churnchal**<br>3423 Cr 239<br>Wharton, TX 77488 | Promissory Note<br>Contract to be ASSUMED |
| **TVT Capital LLC**<br>8 Hunters Ln.<br>Roslyn, NY 11576 | High interest loan - lien on future receivables.<br>Contract to be REJECTED |

B6G (Official Form 6G) (12/07)

In re **All Out Energy Services, LLC**
Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **WEX**<br>PO Box 6293<br>Carol Stream, IL 60197 | Fuel - daily fuel purchases paid daily.<br>Contract to be ASSUMED |
| **World Global Financing**<br>141 N. East 3rd Ave.<br>Miami, FL 33132 | Assignment of future receivables<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **All Out Energy Services, LLC**  Case No. _____
                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Douglas Laney**<br>4008 Gemstone Road<br>Austin, TX 78749 | **First International Bank and Trust**<br>19 4th St. E.<br>Williston, ND 58801 |
| **Douglas Laney**<br>4008 Gemstone Road<br>Austin, TX 78749 | **First International Bank and Trust**<br>19 4th St. E.<br>Williston, ND 58801 |
| **Douglas Laney**<br>4008 Gemstone Road<br>Austin, TX 78749 | **Kraus Anderson**<br>523 SOuth 8th St.<br>Minneapolis, MN 55404 |
| **Douglas Laney**<br>4008 Gemstone Road<br>Austin, TX 78749 | **Riviera Finance**<br>17 W 415 Roosevelt Rd.<br>Villa Park, IL 60181 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Ally Financial**<br>PO Box 38091<br>Minneapolis, MN 55438 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Ally Financial**<br>PO Box 380901<br>Minneapolis, MN 55438 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **EBF Partners**<br>dba Everest Business Funding<br>2001 NW 107th Ave 3rd Floor<br>Miami, FL 33172 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **All Out Energy Services, LLC**                              Case No. _____
                                                                              (if known)

## SCHEDULE H - CODEBTORS
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **First International Bank and Trust**<br>19 4th St. E.<br>Williston, ND 58801 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **First International Bank and Trust**<br>19 4th St. E.<br>Williston, ND 58801 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Ford Motor Credit**<br>PO Box 650575<br>Dallas, TX 75265 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Ford Motor Credit**<br>PO Box 650575<br>Dallas, TX 75265 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Kraus Anderson**<br>523 SOuth 8th St.<br>Minneapolis, MN 55404 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **MCA Fixed Payments LLC**<br>dba Merchant Capital<br>525 Boardhollow Rd.<br>Melville, NY 11747 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Quickfix Capital**<br>884 Town Center Drive<br>Langhorne, PA 19047 |

B6H (Official Form 6H) (12/07) - Cont.

In re **All Out Energy Services, LLC**                                    Case No. _____
                                                                                             (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Raven Production Testing Inc.**<br>Box 98<br>Creelman, SK SOG OXO |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Riviera Finance**<br>17 W 415 Roosevelt Rd.<br>Villa Park, IL 60181 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **Suntrust Bank**<br>PO box 305053<br>Nashville, TN 37230 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **TVT Capital LLC**<br>dba Capital Stack<br>8 Hunters Ln.<br>Roslyn, NY 11576 |
| **Steven Britton**<br>1407 Paint Brush Court<br>Burleson, TX 76028 | **World Global Financing**<br>141 North East 3rd Ave<br>Miami, FL 33132 |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  **All Out Energy Services, LLC**                         Case No.

                                                               Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 9 | $1,180,920.48 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | $1,556,713.23 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $21,381.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $78,695.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 32 | $1,180,920.48 | $1,656,790.42 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **All Out Energy Services, LLC**                                                    Case No. _____

                                                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**34**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **6/12/2015**_____                    Signature  _**/s/ Steven Britton**_____

                                                                                              ***Steven Britton***
                                                                                              ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:  **All Out Energy Services, LLC**                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $968,916.30 | 2015 YTD Gross Income |
| ($159,072.86) | 2015 YTD Net Income |
| $3,055,193.00 | 2014 Gross Income |
| $2,550.00 | 2014 Net Income |
| $1,233,612.00 | 2013 Gross Income |
| ($5,824.00) | 2013 Net Income |

None
☐

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $15,000.00 | 2015 Gross Income Sale of John Deere 300CS Loader, RC2060 Rotary Cutter, DH 1066 Disk Harrow, BB2060 5' Box Blade, Post Hole Digger |
| $43,218.25 | 2015 Gross Value Received - Douglas Laney Taking over payments of Ford F-150 Platium Truck |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:   **All Out Energy Services, LLC**                                    Case No.   _____

                                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

None

☐     b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| American Express BOXS 0001 Los Angeles, CA 90096 | 4/16/2015 5/11/2015 | $21,747.88 | $19,793.92 |
| Basin Safety Consulting PO box 4752 Williston, ND 58802 | 3/13/2015 4/3/2015 4/9/2015 4/24/2015 5/14/2015 5/18/2015 5/18/2015 5/21/2015 5/26/2015 5/26/2015 5/28/2015 5/28/2015 | $13,216.07 | $7,091.92 |
| Bell Supply Company PO Box 1597 Gainesville, TX 76241 | 4/9/2015 5/11/2015 5/14/2015 5/14/2015 5/19/2015 5/20/2015 5/27/2015 5/29/2015 | $6,832.43 | $2,200.88 |
| Bert Baxter Transport LTD 301 Kensington Ave Bienfait, SK SC0M0 | 5/11/2015 | $5,600.00 | $0.00 |
| FLOBACK 2322 5 Street Unit A Nisku, Alberta T9E7W9 | 5/26/2015 5/27/2015 | $5,492.17 | $0.00 |
| Blue Cross Blue Shield 4510 13th Ave S. Fargo, ND 58121 | 3/31/2015 5/1/2015 | $17,252.61 | $0.00 |
| Bold Production Services, LLC 10880 Alcott Rd. Houston, TX 77043 | 5/19/2015 5/26/2015 | $45,061.60 | $0.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:  **All Out Energy Services, LLC**

Case No.  _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **Byard Holdings**<br>**5382 Swanson Rd.**<br>**Roscoe, IL 61073** | 4/15/2015<br>4/17/2015<br>4/20/2015<br>4/28/2015<br>5/1/2015<br>5/18/2015<br>6/1/2015 | $43,984.05 | $0.00 |
| **Capital Stack**<br>**8 Hunter Ln**<br>**Roslyn, NY 11576** | Daily 5/4/2015-<br>5/8/2015<br>Daily 5/11/2015-<br>5/15/2015<br>Daily 5/18/2015-<br>5/22/2015<br>Daily 5/26/2015-<br>5/29/2015<br>Daily 6/1/2015-<br>6/8/2015 | $11,700.00 | $0.00 |
| **Douglas D Laney**<br>**4008 Gemstone Rd.**<br>**Austin, TX 78749** | 4/1/2015<br>5/1/2015<br>6/2/2015 | $24,999.99 | $0.00 |
| **EBF Partners**<br>**dba Everest Business Funding**<br>**2001 NW 107th Ave 3rd Floor**<br>**Miami, FL 33172** | Daily  4/22/2015<br>- 4/30/2015<br>Daily 5/1/2015-<br>5/8/2015<br>Daily 5/11/2015-<br>5/15/2015<br>Daily 5/18/2015-<br>5/22/2015<br>Daily 5/26/2015<br>- 5/27/2015<br>Daily 6/1/2015-<br>6/5/2015<br>6/8/2015 | $28,560.00 | $78,960.00 |
| **First International Bank and Trust**<br>**19 4th St. E.**<br>**Williston, ND 58801** | 3/16/2015<br>3/30/2015<br>4/1/2015<br>4/3/2015<br>4/15/2015<br>4/17/2015<br>4/21/2015<br>4/23/2015<br>4/27/2015<br>4/27/2015<br>4/28/2015<br>5/1/2015<br>5/1/2015<br>5/6/2015<br>5/11/2015<br>5/14/2015<br>5/15/2015 | $32,582.19 | $250,487.07 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:    **All Out Energy Services, LLC**                                                    Case No. _____
                                                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

|  |  |  |  |
|---|---|---|---|
|  | 5/21/2015 |  |  |
|  | 5/22/2015 |  |  |
|  | 5/26/2015 |  |  |
|  | 5/2/2015 |  |  |
|  | 6/1/2015 |  |  |
|  | 6/1/2015 |  |  |
|  | 6/2/2015 |  |  |
|  | 6/4/2015 |  |  |
|  | 6/5/2015 |  |  |
| **High Pressure Oilfield Rental**<br>**712 35th ST NW**<br>**Calagry, Alberta T2N 2Z5** | 4/14/2015<br>4/14/2015 | $5,000.00 | $0.00 |
| **Jeff Petry**<br>**5382 Swanson Rd.**<br>**Roscoe, IL 61073** | 4/1/2015<br>5/1/2015<br>5/1/2015 | $8,100.00 | $0.00 |
| **John Deere**<br>**6400 NW 86th St**<br>**Minneapolis, MN 55401** | 3/17/2015<br>3/18/2015<br>4/2/2015<br>4/5/2015<br>4/27/2015 | $11,043.41 | $0.00 |
| **Kraus Anderson**<br>**523 South 8th St.**<br>**Minneapolis, MN 55404** | 4/1/2015<br>5/1/2015<br>6/1/2015 | $9,042.96 | $56,072.73 |
| **Manager Insurance**<br>**PO box 1386**<br>**Williston, ND 58802** | 3/16/2015<br>4/24/2015<br>5/8/2015<br>5/26/2015<br>5/26/2015 | $25,249.90 | $0.00 |
| **Merchants Capital**<br>**525 Boardhollow Rd.**<br>**Melville, NY 11747** | Daily 4/7/2015-<br>4/10/2015<br>Daily 4/13/2015-<br>4/17/2015<br>Daily 4/20/2015-<br>4/24/2015+<br>Daily 4/27/2015-<br>5/1/2015<br>Daily 5/4/2015-<br>5/8/2015<br>Daily 5/11/2015-<br>5/15/2015<br>Daily 5/18/2015-<br>5/22/2015<br>Daily 5/26/2015-<br>5/29/2015<br>Daily 6/1/2015-<br>6/5/2015<br>Daily 6/8/2015 | $33,750.20 | $0.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:  **All Out Energy Services, LLC**

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| | | | |
|---|---|---|---|
| **On Site Safety**<br>**413 8th Street**<br>**Williston, ND 58801** | 4/30/2015<br>6/2/2015<br>6/5/2015 | $8,740.00 | $0.00 |
| **ONG TSI**<br>**PO box 1944**<br>**Ardmore, OK 73402** | 3/16/2015<br>3/20/2015<br>5/11/2015<br>5/14/2015<br>5/19/2015<br>5/20/2015<br>5/21/2015<br>5/21/2015<br>5/21/2015<br>5/22/2015<br>5/26/2015<br>5/27/2015<br>5/27/2015<br>5/29/2015<br>6/2/2015<br>6/4/2015<br>6/4/2015<br>6/4/2015<br>6/5/2015<br>6/8/2015 | $68,958.38 | $32,194.27 |
| **Piper Oilfield Products**<br>**PO box 94520**<br>**Oklahoma City, OK 73143** | 4/24/2015<br>5/18/2015<br>5/19/2015<br>5/26/2015<br>5/26/2015 | $67,792.38 | $1,123.20 |
| **Quickfix Capital**<br>**884 Town Center Dr.**<br>**Langhorne, PA 19047** | Daily 4/29/2015-<br>5/1/2015<br>Daily 5/4/2015-<br>5/8/2015<br>Daily 5/11/2015-<br>5/15/2015<br>Daily 5/18/2015-<br>5/22/2015<br>Daily 5/26/2015-<br>5/29/2015<br>Daily 6/1/2015-<br>6/5/2015<br>6/8/2015 | $23,562.50 | $47,125.00 |
| **Quickbooks Payroll Service**<br>**2632 Marine Way**<br>**Mountain View, CA 94043** | 3/19/2015<br>4/2/2015<br>4/16/2015<br>4/30/2015<br>5/14/2015<br>5/28/2015 | $228,376.98 | $0.00 |
| **Raven Production Testing Inc.**<br>**Box 98**<br>**Creelman, SK SOG OXO** | 4/9/2015<br>5/8/2015 | $12,000.00 | $162,000.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:   **All Out Energy Services, LLC**                              Case No.  _____

                                                                                                    (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*


| | | | |
|---|---|---|---|
| **RDI Red Deer Ironworks**<br>**730 Scarlet Dr.**<br>**Grand Junction, CO 81505** | 5/19/2015<br>5/26/2015 | $16,061.40 | $0.00 |
| **United States Treasury**<br>**1500 Pennsylvania Ave NW**<br>**Washington, DC 20220** | 3/23/2015<br>4/6/2015<br>4/7/2015<br>4/17/2015<br>5/4/2015<br>5/7/2015<br>5/7/2015<br>5/18/2015<br>5/18/2015<br>6/1/2015<br>6/1/2015 | $72,834.63 | $0.00 |
| **WEX Wright Express Fleet Services**<br>**PO Box 639**<br>**Portland, ME 04140** | 3/12/2015<br>3/13/2015<br>3/16/2015<br>3/17/2015<br>3/18/2015<br>3/24/2015<br>3/258/2015<br>3/26/2015<br>3/27/2015<br>3/30/2015<br>3/31/2015<br>4/1/2015<br>4/2/2015<br>4/6/2015<br>4/7/2015<br>4/8/2015<br>4/10/2015<br>4/13/2015<br>4/14/2015<br>4/15/2015<br>4/16/2015<br>4/17/2015<br>4/20/2015<br>4/21/2015<br>4/22/2015<br>4/23/2015<br>4/24/2015<br>4/27/2015<br>4/2//2015<br>4/29/2015<br>4/30/2015<br>5/1/2015<br>5/4/2015<br>5/5/2015<br>5/6/2015<br>5/7/2015<br>5/8/2015 | $9,053.15 | $0.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re: **All Out Energy Services, LLC**                    Case No. _____
                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

5/11/2015
5/12/2015
5/13/2015
5/14/2015
5/15/2015
5/18/2015
5/19/2015
5/20/2015
5/21/2015
5/22/2015
5/26/2015
5/26/2015
5/27/2015
5/28/2015
5/29/2015
6/1/2015
6/2/2015
6/3/2015
6/5/2015
6/8/2015

None ☐   c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Steven Britton**<br>**1407 Paint Brush Ct.**<br>**Burleson< TX 76028** | **Various -**<br>**Wages Paid to**<br>**Steven Britton** | **$142,406.84** | **$0.00** |
| **Douglas Laney**<br>**4008 Gemstone Rd.**<br>**Austin, TX 78749** | **Various for**<br>**Wages and**<br>**Buyout** | **$161,868.38** | **$450,000.02** |
| **Susan Chumchal**<br>**3423 CR 239**<br>**Wharton, TX 77488**<br>**mother of president of company** | **10/9/2014** | **$6,044.55** | **$0.00** |
| **J Reyes Alanis Jr.**<br>**1225 Blalock Ave**<br>**Fort Worth, TX 76115**<br>**brother-in-law of debtor** | **10/9/2014** | **$3,626.73** | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑   a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re:   **All Out Energy Services, LLC**                              Case No. _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 6. Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **EBF Partners** **dba Everest Business Funding** **2001 NW 107th Ave 3rd Floor** **Miami, FL 33172** | **4/17/2015** | **Debtor "sold" future receivables to creditor.** |
| **Quickfix Capital** **884 Town Center Drive** **Langhorne, PA 19047** | **4/24/2015** | **Debtor "sold" future receivables to creditor.** |
| **MCA Fixed Payments LLC** **dba Merchant Capital** **525 Boardhollow Rd.** **Melville, NY 11747** | **4/01/2015** | **Debtor "sold" future receivables.** |
| **TVT Capital LLC** **dba Capital Stack** **8 Hunters Ln.** **Roslyn, NY 11576** | **4/29/2015** | **Debtor "sold" future receivables to creditor.** |
| **World Global Financing** **141 North East 3rd Ave** **Miami, FL 33132** | **5/21/2015** | **Debtor "sold" future receivables to the creditor.** |

None ☑
b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 7. Gifts

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 8. Losses

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re:   **All Out Energy Services, LLC**                                    Case No.   _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

None
☐

### 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Law Office of Alice Bower** **6421 Camp Bowie Blvd., #300** **Fort Worth, TX 76116** | 06/12/2015 | **$13,000.00 - Funds have been deposited into Counselor's IOLTA Account. Amount includes the filing fee.** |

---

None
☐

### 10. Other transfers

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Elfreda Wendt** **2343 WEndt Rd.** **Bellville, TX 77418** | 3/17/2015 | **John Deer Tractor and Attachments. For Complete list of attachments see SOFA 2.** |
| **Douglas Laney - vice-president** **4008 Gemstone Road** **Austin TX 78749** | 02/01/2015 | **2013 Ford F150 --- transferred for assumption of note which was secured by truck.** |

---

None
☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None
☑

### 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re: **All Out Energy Services, LLC**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

---

None ☑ **14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None ☐ **15. Prior address of debtor**

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 5009 139th Ave NW Ste 123<br>Williston, ND 58801 | All-Out Energy Services, LLC | 5/2013-5/2014 |

---

None ☑ **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re: **All Out Energy Services, LLC**                    Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 10*

---

**18. Nature, location and name of business**

None
☑        a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

---

None
☑        b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None
☐        a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Penny Brown | 6/2013-1/2015 |
| 5094 133rd Ave NW | |
| Willisont, ND 58801 | |
| | |
| Kelly Marcotte | 6/2014-present |
| 322 Main Ste 10 | |
| Williston, ND 58801 | |

---

None
☐        b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Penny Brown | 6/2013-1/2015 |
| 5094 133rd Ave NW | |
| Williston, ND 58801 | |
| | |
| Kelly Marcotte | 6/2014-present |
| 322 Main Ste 10 | |
| Williston, ND 58801 | |

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re:  **All Out Energy Services, LLC**                    Case No.  _____

(if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 11*

**EIDE Bailly LLP**                         **10/2013-present**
**210 University Ave**
**PO Box 1387**
**Williston, ND 58801**

---

None

☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Kelly Marcotte** | **322 Main Ste 10**<br>**Williston, ND 58801** |
| **Steven Britton** | **1407 Paint Brush Ct.**<br>**Burleson, TX 76028** |

---

None

☐  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **World Global Financing**<br>**141 North East 3rd Ave.**<br>**Miami FL 33132** | **5/21/2015** |
| **TVT Capital LLC**<br>**dba Capital Stack**<br>**8 Hunters Ln**<br>**Roslyn, NY 11576** | **4/29/2015** |
| **Quickfix Capital**<br>**884 Town Center Dr.**<br>**Langhorne, PA 19047** | **4/22/2015** |
| **EBF Partners**<br>**dba Everest Business Funding**<br>**2001 NW 107h Ave 3rd Floor**<br>**Miami, FL 33172** | **4/17/2015** |
| **MCA Fixed Payments, LLC**<br>**dba Merchant Capital**<br>**525 Boardhollow Rd**<br>**Melville, NY 11747** | **4/1/2015** |
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | **9/9/2014** |
| **ONG-TSI**<br>**PO Box 1944**<br>**Ardmore, OK 73402** | **9/20/2013** |
| **RDI:  REd Deer Ironworks USA Inc.**<br>**#300, 205-42 St. SE**<br>**Minot, ND 58701** | **4/14/2015** |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:    **All Out Energy Services, LLC**                                    Case No. _____

                                                                                                         (if known)


**STATEMENT OF FINANCIAL AFFAIRS**

Continuation Sheet No. 12


**Piper Oilfield Products**                    **12/1/2013**
**PO Box 94520**
**Oklahoma City, OK 73143**


**Bell Supply**                                       **12/10/2013**
**PO Box 1597**
**Gainesville, TX 76241**


**MPI Warehouse**                               **4/17/2015**
**PO Box 940**
**Casper, WY 82602**


**GC Products**                                      **10/1/2013**
**PO box 4211**
**Williston, ND 58801**


**First Choice Energy Services**            **1/1/2015**
**1001 46th Ave NE**
**Minot, ND 58801**


**Bold Production Services**                  **4/8/2015**
**10880 Alcott Rd.**
**Houston, TX 77043**


**Blue Cross Blue Shield ND**               **9/1/2013**
**4510 13th Ave South**
**Fargo, ND 58121**


**Byards Holding**                                 **4/14/2015**
**5328 Swanson Rd.**
**Roscoe, IL 61073**


**Jeff Petry**                                          **4/1/2014**
**5382 Swanson Rd.**
**Roscoe, IL 61073**


**Managers Insurance**                          **4/17/2013**
**PO Box 1386**
**Williston, ND 58802**


**Kraus-Anderson**                               **12/16/2013**
**523 South 8th St.**
**Minneapolis, MN 55040**


**WEX**                                                 **5/1/2013**
**PO Box 6293**
**Carol Stream, IL 60197**


**First International Bank and Trust**      **10/16/2014**
**19th 4th St E**
**Williston, ND 58801**


**Ally Financial**                                    **4/10/2015**
**PO box 380901**
**Bloomington, MN 55438**

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re: **All Out Energy Services, LLC**                    Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 13*

**Suntrust Bank**                    4/30/2015
**PO box 305053**
**Nashville, TN**

**Ford Credit**                    4/27/2015
**PO box 650575**
**Dallas, TX 75265**

**Riviera Finance**                    6/26/2013
**17W415 Roosevelt Rd.**
**Oakbrook Terrace, IL 60181**

---

**20. Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Steven Britton**<br>**1407 Paint Brush Ct.**<br>**Burleson, TX 76028** | **President** | **50%** |
| **Douglas Laney**<br>**4008 Gemstone Rd.**<br>**Austin, TX 78749** | **Vice President** | **50% - Debtor was in process of buying out Mr. Laney's interest in the company at the time of filing. The amount of stock has not been adjusted for the amount paid to date.** |

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:  **All Out Energy Services, LLC**                    Case No.  _____

                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 14*

None
☐  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

| NAME, ADDRESS AND TITLE | DATE OF TERMINATION |
|---|---|
| **Douglas Laney**<br>**4008 Gemstone Rd.**<br>**Austin, TX 78749** | **02/01/2015** |

**Mr. Laney stopped working with Debtor during the terms of the buyout. The terms of the buyout list filing of bankruptcy as an event of default which will entitle Mr. Laney to come back into the company.**

**23. Withdrawals from a partnership or distributions by a corporation**

None
☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steven Britton**<br>**1407 Paint Brush Ct.**<br>**Burleson, TX 76028** | **6/30/2014**<br>**7/31/2014**<br>**8/2/2014**<br>**8/3/2014**<br>**8/28/2014**<br>**9/24/2014**<br>**10/23/2014**<br><br>**Purpose for all withdrawals was reimbursement and Contribution Payments** | **$49,589.24 in reimbursements and repayments of money advanced** |
| **Douglas Laney**<br>**4008 Gemstone Rd.**<br>**Austin, TX 78749**<br>**Vice President** | **6/6/2014**<br>**6/30/2014**<br>**7/1/2014**<br>**7/1/2014**<br>**7/19/2014**<br>**8/3/2014**<br>**9/23/2014**<br>**8/24/2014**<br>**11/16/2014**<br>**1/29/2015**<br><br>**All withdrawals were for the purpose of Reimbursement and Contribution Payments** | **$48,263.70 reimbursements and repayments of funds paid on behalf of debtor.** |
| **Steven Britton** | **every two weeks** | **$142,406.84 wages** |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re: **All Out Energy Services, LLC**                Case No. _____

                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 15*

| | | |
|---|---|---|
| **Douglas Laney** | **1/1/2015 stock buyout** | **each payment $8,833.33** |
| **4008 Gemstone Rd.** | **2/1/2015 stock buyout** | |
| **Austin, TX 78749** | **3/1/2015 stock buyout** | |
| **Vice President** | **4/1/2015 stock buyout** | |
| | **5/1/2015 stock buyout** | |
| | **6/1/2015 stock buyout** | |

---

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **6/12/2015**_____          Signature   **/s/ Steven Britton**_____

                                                                      ***Steven Britton***
                                                                      ***President***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **All Out Energy Services, LLC**

CASE NO

CHAPTER  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$11,787.00** |
| Prior to the filing of this statement I have received: | **$11,787.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **6/12/2015** | **/s/ Alice Bower** |
| *Date* | *Alice Bower*    Bar No. 15148500 |
| | The Law Office of Alice Bower |
| | 6421 Camp Bowie Suite 300 |
| | Fort Worth, TX 76116 |
| | Phone: (817) 737-5436 / Fax: (817) 737-2970 |

---

 **/s/ Steven Britton**

*Steven Britton*
*President*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **All Out Energy Services, LLC**                                    Case No.

                                                                          Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Riviera Finance<br>17 W 415 Roosevelt Rd.<br>Villa Park, IL 60181 | | Factoring Company Account | | **$449,177.08**<br><br>**Value: $31,433.95** |
| MCA Fixed Payments LLC<br>dba Merchant Capital<br>525 Boardhollow Rd.<br>Melville, NY 11747 | | Payday Loan | | **$154,500.00**<br><br>**Value: $0.00** |
| EBF Partners<br>dba Everest Business Funding<br>2001 NW 107th Ave 3rd Floor<br>Miami, FL 33172 | | Loan secured by future receivables | | **$78,960.00**<br><br>**Value: $0.00** |
| Quickfix Capital<br>884 Town Center Drive<br>Langhorne, PA 19047 | | Payday Loan | | **$47,125.00**<br><br>**Value: $0.00** |
| ONG TSI<br>PO box 1944<br>Ardmore, OK 73402 | | Business Debt | | **$32,194.27** |
| World Global Financing<br>141 North East 3rd Ave<br>Miami, FL 33132 | | Business Debt | | **$31,014.00**<br><br>**Value: $0.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **All Out Energy Services, LLC**                                    Case No.

Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TVT Capital LLC<br>dba Capital Stack<br>8 Hunters Ln.<br>Roslyn, NY 11576 | | Payday Loan | | **$24,804.00**<br><br>**Value: $0.00** |
| Ally Financial<br>PO Box 38091<br>Minneapolis, MN 55438 | | Certificate of Title | | **$67,440.01**<br><br>**Value: $45,000.00** |
| Workforce Safety Insurance<br>1600 East Century Ave., Ste 1<br>Bismarck, ND 58506 | | Business Debt | | **$21,381.28** |
| American Express<br>Box 0001<br>Los Angeles, CA 90096 | | Business Debt | | **$17,793.92** |
| MPI Warehouse<br>PO box 940<br>Casper, WY 82602 | | Business Debt | | **$8,762.04** |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | | Certificate of Title | | **$52,500.05**<br><br>**Value: $45,000.00** |
| Ford Motor Credit<br>PO Box 650575<br>Dallas, TX 75265 | | Certificate of Title | | **$52,190.13**<br><br>**Value: $45,000.00** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **All Out Energy Services, LLC**                          Case No.

                                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Basin Safety<br>PO Box 4752<br>Williston, ND 58801 | | Safety Consulting | | **$7,091.92** |
| Ford Motor Credit<br>PO Box 650575<br>Dallas, TX 75265 | | Certificate of Title | | **$51,123.13**<br>**Value: $45,000.00** |
| Badlands Service Group<br>PO Box 2780<br>Williston, ND 58802 | | Business Debt | | **$5,589.96** |
| Suntrust Bank<br>PO box 305053<br>Nashville, TN 37230 | | Certificate of Title | | **$59,320.03**<br>**Value: $55,000.00** |
| Bell Supply<br>PO box 1597<br>Gainesville, TX 76241 | | Business Debt | | **$2,200.88** |
| Advanced Drug Testing<br>107 22nd St West<br>PO box 1452<br>Williston, ND 58802 | | Business Debt | | **$1,150.00** |
| Piper Oilfield Products<br>PO box 94520<br>Oklahoma City, OK 73143 | | Business Debt | | **$1,123.20** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **All Out Energy Services, LLC**

Case No.

Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**6/12/2015**_____          Signature:__**/s/ Steven Britton**_____

                                                                      ***Steven Britton***
                                                                      **President**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **All Out Energy Services, LLC**                                  CASE NO

                                                                                                  CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached creditors have been added to the official mailing matrix.

Date  6/12/2015 _____          Signature ___/s/ Steven Britton_____
                                                                                            ***Steven Britton***
                                                                                            ***President***


Date _____          Signature _____

Access Background Screen
1205 Oak St.
Charleston, MO 63834

Advanced Drug Testing
107 22nd St West
PO box 1452
Williston, ND 58802

Ally Financial
PO Box 38091
Minneapolis, MN 55438

Ally Financial
PO Box 380901
Minneapolis, MN 55438

American Express
Box 0001
Los Angeles, CA 90096

Badlands Service Group
PO Box 2780
Williston, ND 58802

Basin Safety
PO Box 4752
Williston, ND 58801

Basin Safety
4401 16th Ave. W., Ste A
Williston, ND 58801

Bell Supply
PO box 1597
Gainesville, TX 76241

Bice Rentals
PO box 20613
Boulder, CO 80308


Bold Production Services
10880 Alcott Rd.
Houston, TX 77043


Bold Production Services
10880 Alcott Dr.
Houston, TX 77043


Byard Holdings LLC
PO Box 20613
Boulder, CO 80308


Byards Holding
5382 Swanson Rd.
Roscoe, IL 61073


Douglas Laney
4008 Gemstone Rd.
Austin, TX 78749


EBF Partners
dba Everest Business Funding
2001 NW 107th Ave 3rd Floor
Miami, FL 33172


EBF Partners
2001 NW 107th Ave., 3rd Floor
Miami, FL 33172


First Choice Energy Services
100146th Ave. NE
Minot, ND 58703

First International Bank and Trust
19 4th St. E.
Williston, ND 58801


Flo-Back Rental International LTD
Unit A 2322-5th ST
Nisku, AB T9E7W9


FloBack
2322-5 Street Unit A
Nisku, Alberta T9E7W9


Ford Motor Credit
PO Box 650575
Dallas, TX 75265


GC Products
PO box 4211
Williston, ND 58801


High Pressure Oilfield Rental
712 35th St NW
Calgary, Alberta T2N2Z5


High Pressure Oilfield Rentals
712 35th St NW
Calgary, Alberta T2N2Z5


Idesign
306 Hillcourt
Williston, ND 58801


J. Reyes Alanis, Jr.
1225 Blalock Avenue
Fort Worth, TX 76115

Jeff Petry dba Bice Rentals
5382 Swanson Rd.
Roscoe, IL 61073


Jobutrax
128 Country Ln Dr.
Calgary, Alberta TZJ2


Kraus Anderson
523 SOuth 8th St.
Minneapolis, MN 55404


Managers Insurance
PO Box 1386
Williston, ND 58802


Mangers Insurance
PO box 1386
Williston, ND 58802


MCA Fixed Payments LLC
dba Merchant Capital
525 Boardhollow Rd.
Melville, NY 11747


Minute Lube
324 26th St East
Williston, ND 58801


Mountrail- Williams Electric Cooperatie
PO Box 1346
Williston, ND 58802


MPI Warehouse
PO box 940
Casper, WY 82602

OK Tire Store
202 32nd Ave. W.
PO Box 2076
Williston, ND 58801


ON Site Safety
413 8th Street
Williston, ND 58801


ONG TSI
PO box 1944
Ardmore, OK 73402


Onsite Safety Inc
413 8th Ave. E.
Williston, ND 58801


Pacific Steel
4813 Front ST W
PO Box 1315
Williston, ND 58801


Piper Oilfield Products
PO box 94520
Oklahoma City, OK 73143


Praxair
2912 2nd Ave W
Williston, ND 58801


Quickfix Capital
884 Town Center Drive
Langhorne, PA 19047


Raven Production Testing Inc.
Box 98
Creelman, SK SOG OXO

Renaissance Station
2001 West Churchill St
Chicago, IL 60647


Riviera Finance
17 W 415 Roosevelt Rd.
Villa Park, IL 60181


Riviera Finance
17 W 415 Roosevelt Rd.
Oakbrook Terrace, IL


Staples
Dept 51-7862565917
PO Box 689020
Des Moines, IA 50368


Suntrust Bank
PO box 305053
Nashville, TN 37230


Susan Chumchal
3423 Cr 239
Wharton, TX 77488


Susan Churnchal
3423 Cr 239
Wharton, TX 77488


TVT Capital LLC
dba Capital Stack
8 Hunters Ln.
Roslyn, NY 11576


TVT Capital LLC
8 Hunters Ln.
Roslyn, NY 11576

WEX
PO Box 6293
Carol Stream, IL 60197


Workforce Safety Insurance
1600 East Century Ave., Ste 1
Bismarck, ND 58506


World Global Financing
141 North East 3rd Ave
Miami, FL 33132


World Global Financing
141 N. East 3rd Ave.
Miami, FL 33132

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CHAPTER    **11**

**All Out Energy Services, LLC**


DEBTOR(S)                                                       CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**6/12/2015**_____        Signature:__**/s/ Steven Britton**_____
                                                                    ***Steven Britton***
                                                                    **President**